"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBER REY ANDRADE,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>J.F. SALAZAR, Warden,<br><br>　　　　　　Respondent. | Case No. CV 07-4263-SJO (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 5/19/08

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE