JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBER REY ANDRADE,<br><br>    Petitioner,<br><br>vs.<br><br>J.F. SALAZAR, Warden,<br><br>    Respondent. | Case No. CV 07-4263-SJO (RNB)<br><br>**J U D G M E N T** |

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5/19/08

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE